# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Robert Bless,

Plaintiff(s),

v.

Cook County Sheriff's Office, Tom Dart, Dewayne Holbrook, Joseph Ways, Sr. Zelda Wittler, Sheryl Collins, Edward Dyner, Henry Hemphill, Rosemarie Nolan, Cook County Sheriff's Merit Commission; Cook County,

Defendant(s).

Case No. 13-cv-4271
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court enters judgment in favor of Plaintiff and against the Defendant Cook County Sheriff's Merit Commission as to Count IV. As for all remaining counts, the Court enters judgment in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion for summary judgment.

Date: 8/4/2020                    Thomas G. Bruton, Clerk of Court

                                  Carmen Acevedo , Deputy Clerk