# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 17, 2021

Before
**FRANK H. EASTERBROOK**, *Circuit Judge*
**KENNETH F. RIPPLE**, *Circuit Judge*
**MICHAEL S. KANNE**, *Circuit Judge*

| No. 20-2733 | ROBERT BLESS,<br>          Plaintiff - Appellant<br><br>v.<br><br>COOK COUNTY SHERIFF'S OFFICE, et al.,<br>          Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-04271<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**     (form ID: **132**)